UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRAXTON ROUSELL                    CIVIL ACTION

VERSUS                             NO. 17-1877

SUE ELLEN MONFRA                   SECTION "R" (4)

## ORDER AND REASONS

The Court, having reviewed *de novo* the petition,[1] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

IT IS ORDERED that Braxton Rousell's petition for a writ of *habeas corpus* is DISMISSED WITH PREJUDICE for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this __1st__ day of August, 2017.

*Sarah Vance*
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]  R. Doc. 1.
[2]  R. Doc. 4.